**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00887-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

LEILA McCOY,

    Plaintiff,

v.

DANIEL NISSEN, In his Individual & Professional Capacities, and
NISSEN PROPERTIES,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff Leila McCoy currently resides in Denver, Colorado. On April 19, 2016, she submitted a Complaint, ECF No. 1, and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), ECF No. 3. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) \_\_\_ is not submitted
(2) \_\_\_ is not on proper form (must use the current Court-approved form)
(3) \_\_\_ is missing original signature by Plaintiff
(4) \_\_\_ is missing affidavit
(5) \_\_\_ affidavit is incomplete
(6) \_\_\_ affidavit is not properly notarized
(7) \_\_\_ names in caption do not match the names in caption of complaint
(8) \_\_\_ other:

**Complaint or Petition**:

1

(9) ____        is not submitted
(10) ____       is not on proper form (must use the Court's current form)
(11)  x         is missing an original signature by Plaintiff
(12) ____       is incomplete
(13) ____       uses et al. instead of listing all parties in caption
(14) ____       names in caption do not match names in text of Complaint
(15) ____       addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ____       other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use the forms to cure the above noted deficiency. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 21, 2016, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge