**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00887-GPG

LEILA McCOY,

    Plaintiff,

v.

DANIEL NISSEN, In his Individual & Professional Capacities, and
NISSEN PROPERTIES,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On April 26, 2016, Plaintiff filed a Motion for Court to Admit and Consider Exhibits A-D.  The Motion is denied.  Plaintiff has been directed to cure deficiencies in this case pursuant to the Court's April 21, 2016 Order.  The only proper filing at this time is one that is responsive to the April 21 Order.  No other filings will be considered by the Court until Plaintiff has complied with the April 21 Order, and the Court has had an opportunity to review the merits of Plaintiff's claims.  Filings that do not comply with the April 21 Order will be stricken.

Dated:   April 26, 2016,